UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| RAY GILE, derivatively on behalf of VIEWRAY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT W. DRAKE, CALEY CASTELEIN, JAMES F. DEMPSEY, SCOTT HUENNEKENS, D. KEITH GROSSMAN, DANIEL MOORE, BRIAN K. ROBERTS, GAIL WILENSKY, KEVIN XIE, ADITYA PURI, HENRY A. MCKINNELL, JR., AJAY BANSAL, CHRIS A. RAANES, SHAHRIAR MATIN, DAVID BONITA, BRIAN KNALEY, AND THEODORE T. WANG, <br><br> Defendants, <br><br> and <br><br> VIEWRAY, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 1:20-cv-01615 <br><br> Judge Phillip Calabrese |

**JOINT MOTION TO VACATE AND RESET THE STATUS CONFERENCE CURRENTLY SET FOR SEPTEMBER 15, 2021**

Plaintiff Ray Gile ("Plaintiff"); defendants Scott W. Drake, Caley Castelein, James F. Dempsey, Scott Huennekens, D. Keith Grossman, Daniel Moore, Brian K. Roberts, Gail Wilensky, Kevin Xie, Aditya Puri, Henry A. McKinnell, Jr., Ajay Bansal, Chris A. Raanes, Shahriar Matin, David Bonita, Brian Knaley, and Theodore T. Wang; and nominal defendant ViewRay, Inc. jointly move for entry of an Order vacating and resetting the telephonic Status Conference currently set for September 15, 2021.

In support of this joint motion, the parties state as follows:

1. On September 13, 2019, a class action alleging violations of the federal securities laws against ViewRay, Inc. and certain of its officers was filed in this Court, captioned *Corwin v. ViewRay et al.*, Case No. 1:19-cv-02115 (N.D. Ohio) (the "Securities Class Action").

2. On July 22, 2020, Plaintiff filed this shareholder derivative action on behalf of nominal defendant ViewRay, Inc. alleging violations of Section 14(a) of the Securities Exchange Act of 1934, breaches of fiduciary duty, unjust enrichment, and waste of corporate assets against Defendants (the "Derivative Action"). The allegations in the complaint filed in this Derivative Action overlap with the allegations made in the Securities Class Action.

3. On September 16, 2020, the defendants in the Securities Class Action moved to dismiss the operative complaint in that action (the "Second Amended Complaint"), and on October 30, 2020, the parties completed briefing on the motion to dismiss the Second Amended Complaint. Due to circumstances unique to this Derivative Action, and in the interests of preserving the parties' and the Court's resources, this Derivative Action has been stayed pending resolution of the motion to dismiss in the Securities Class Action.

4. On August 25, 2021, the Court granted defendants' motion to dismiss the Second Amended Complaint in the Securities Class Action ("Dismissal Order").

5. Plaintiffs in the Securities Class Action must submit any notice of appeal of the Court's Dismissal Order no later than September 24, 2021.

6. On August 25, 2021, the Court set a telephonic status conference in this Derivative Action for September 15, 2021.

7. In the interests of efficiency of case management and conservation of time and resources, the parties request that the September 15, 2021 telephonic status conference be vacated

and reset for no earlier than twenty-one (21) days following the deadline for submission of any notice of appeal of the Court's Dismissal Order in the Securities Class Action, at the Court's convenience.

8. In light of the foregoing, the parties respectfully request the Court enter an order vacating and resetting the telephonic status conference currently set for September 15, 2021 to no earlier than twenty-one (21) days following September 24, 2021.

Respectfully Submitted,

Dated: September 13, 2021   **MURRAY MURPHY MOUL + BASIL, LLP**

*/s/ Joseph F. Murray*
Joseph F. Murray (OH 0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
Murray@mmmb.com

*Liaison Counsel for Plaintiff*

Michael I. Fistel, Jr
**JOHNSON FISTEL, LLP**
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

*Lead Counsel for Plaintiff*

Dated: September 13, 2021   **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Monica K. Loseman*

        Monica K. Loseman (CO 34119)
        Allison K. Kostecka (CO 42313)

        1801 California Street, Suite 4200
        Denver, CO 80202
        Telephone: (303) 298-5700
        Facsimile: (303) 313.2834
        mloseman@gibsondunn.com
        akostecka@gibsondunn.com

        Michael D. Meuti (OH 0087233)
        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
        200 Public Square, Suite 2300
        Cleveland, OH 44114-2378
        Telephone: (216) 363-6246
        Facsimile: (216) 363-4588
        mmeuti@beneschlaw.com

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I caused the forgoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Allison K. Kostecka*
Allison K. Kostecka
